IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

WILLIAM J. MEYERS,

           Plaintiff,

v.                                             CIVIL ACTION NO. 3:08-0082

M&G POLYMERS USA, LLC,

           Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's motion to dismiss be granted and that this action be dismissed, without prejudice. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Plaintiff's motion to dismiss (doc. #19) and **DISMISSES** this action, without prejudice, consistent with the findings and recommendation.

      The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                                ENTER:     December 22, 2009

                                                ROBERT C. CHAMBERS
                                              UNITED STATES DISTRICT JUDGE